# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

## MINUTES

DANIELLE SCOTT #194644,

      Plaintiff,

v.

DANIEL HEYNS, et al.,

      Defendants.

_____/

CASE NO.  1:14-cv-1277
DATE:  March 1, 2021
TIME:  9:17 a.m. – 10:44 a.m.
     10:59 a.m. – 12:27 p.m.
     1:36 p.m. – 2:17 p.m.
     2:24 p.m. – 3:21 p.m.
     3:31 p.m. – 5:06 p.m.
PLACE:  Lansing
JUDGE:  Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
Daniel Manville
Michigan State University College of Law Students, Gina Goldfaden and Haley Regan, overseen by: Daniel Manville

DEFENDANT(S):
Michael Dean
OG Reasons

## PROCEEDINGS

NATURE OF HEARING:
Jury trial began.  Jury sworn.  Plaintiff rested.

COURT REPORTER:   Melinda Dexter                /s/ Hannah Wagener
                                                CASE MANAGER

Civil Minute Sheet Page 2 of 2
Case Name:  Scott #194644 v. Heyns, et al.
Case Number: 1:14-cv-1277
Date: March 1, 2021

**WITNESSES:**

| Pltf | Deft | Name of Witness |
|------|------|-----------------|
| ☒ | ☐ | Plaintiff Danielle Scott |
| ☒ | ☐ | Prisoner Quentin Betty |
| ☒ | ☐ | Prisoner Antonio Lewis |
| ☒ | ☐ | Photographer Michael Grabemeyer |
| ☒ | ☐ | Expert Rod Sadler |

**EXHIBITS:**

| Pltf | Deft | ID | Description | Admitted |
|------|------|------|-------------|----------|
| ☒ | ☐ | 21-1 – 21-9 | Photographs | Yes |
| ☒ | ☐ | 14 | Relevant Portions of Plaintiff's medical records | No |
| ☒ | ☐ | 16 | Photographs of roadside where incident took place by Plaintiff's counsel | Withdrawn |
| ☒ | ☐ | 17 | Video of roadside where incident took place taken by Mike Grabemeyer | Withdrawn |
| ☒ | ☐ | 18 | Rod Sadler's diagram of the roadside where the incident took place | Withdrawn |
| ☒ | ☐ | 20 | MDOC Policy 01.05.120 Critical Incident Reporting – Correctional Facilities Administration (CFA) | Withdrawn |
| ☒ | ☐ | 15-1 – 15-9 | Video footage of roadside where incident took place, recorded by Plaintiff's counsel with Expert Witness, Rod Sadler on 10/14/2020 | Yes |

**ADDITIONAL INFORMATION:**

Exhibits 16, 17, 18, and 20 admitted, later withdrawn by Plaintiff's counsel.