**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MINUTES**

DANIELLE SCOTT #194644,

    Plaintiff,

v.

DANIEL HEYNS, et al.,

    Defendants.
_____/

CASE NO.  1:14-cv-1277
DATE:  March 2, 2021
TIME:  8:34 a.m. – 9:37 a.m.
         9:52 a.m. – 10:41 a.m.
         10:54 a.m. – 11:57 a.m.
         1:14 p.m. – 1:19 p.m.
PLACE:  Lansing
JUDGE:  Hala Y. Jarbou

**APPEARANCES**

PLAINTIFF(S):
Daniel Manville
Michigan State University College of Law Students, Gina Goldfaden and Haley Regan, overseen by: Daniel Manville

DEFENDANT(S):
Michael Dean
OG Reasons

**PROCEEDINGS**

NATURE OF HEARING:

Day 2 of jury trial.  Defense rested.  Jury returned verdict of no cause.


COURT REPORTER:  Melinda Dexter           /s/ Hannah Wagener
                                                                          CASE MANAGER

Civil Minute Sheet Page 2 of 2
Case Name:  Scott #194644 v. Heyns, et al.
Case Number: 1:14-cv-1277
Date: March 2, 2021

**WITNESSES:**

| Pltf | Deft | Name of Witness |
|---|---|---|
| ☐ | ☒ | Defendant Daryl Becher |
| ☐ | ☒ | MDOC Transportation Officer Troy Benoit |
| ☐ | ☒ | MDOC Transportation Officer Uchenna Uwanaka |
| ☐ | ☐ | |
| ☐ | ☐ | |

**EXHIBITS:**

| Pltf | Deft | ID | **Description** | Admitted |
|---|---|---|---|---|
| ☒ | ☐ | 20 | Policy Directive | Yes |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

**ADDITIONAL INFORMATION:**