## SCOTT V. BECHER
Case No. 14-cv-1277

1. Did Defendant Becher violate Plaintiff's Eighth Amendment right by acting with deliberate indifference towards Plaintiff? Please check either "Yes" or "No."

   _____Yes          \_\_X\_\_\_\_No

   If you answered "yes," please go to Question 2. If you answered "no," the foreperson should sign the form and inform the Court that you have rendered a verdict.

2. What amount of **compensatory damages** is the Plaintiff entitled to from Defendant Becher?

   $_____

   If you answered Question 2, please go to Question 3.

3. What amount of **punitive damages**, if any, is the Plaintiff entitled to from Defendant Becher?

   $_____

   If you answered the above question, please have the foreperson sign below and let the Court know that a verdict has been reached.

Dated: March 2, 2021                    *Hannah Holloway*
                                        FOREPERSON

We have a verdict

- Hannah Holaway