UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIELLE SCOTT #194644,

    Plaintiff,

v.

DANIEL HEYNS, et al.,

    Defendants,
_____/

Case No. 1:14-cv-1277

Hon. Hala Y. Jarbou

## **JUDGMENT**

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of defendant and against the plaintiff.

**IT IS ORDERED AND ADJUDGED** that a judgment of "no cause" be rendered in favor of defendant Daryl Becher and against plaintiff Danielle Scott pursuant to the Verdict Form completed by the jury.

Dated: March 4, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE